**FILED**

10/31/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0513

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA-22-0513

IN RE THE GUARDIANSHIP OF:

S.C., an adult with a disability.

S.C.,

    Petitioner and Appellant.

On Appeal from the Montana First Judicial District Court,
Lewis and Clark County, The Honorable Christopher D. Abbott, Presiding

**ORDER DISMISSING APPEAL**

Appellant, S.C., having filed an Unopposed Motion to Dismiss Appeal and good cause appearing therefor;

IT IS HEREBY ORDERED that said Motion is GRANTED. This Appeal is DISMISSED.  The Clerk of the Supreme Court is directed to remit the case file to the Clerk of Court for the First Judicial District, Lewis and Clark County.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 31 2022